United States District Court
Southern District of Texas
**ENTERED**
February 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELMER QUINTANILLA,<br>    Plaintiff,<br><br>vs.<br><br>HILLSTONE RESTAURANT<br>GROUP, INC.,<br>    Defendant. | §<br>§<br>§<br>§    CIVIL ACTION NO: 4:20-CV-02508<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

After review of the Joint Stipulation of Dismissal with Prejudice filed by the Parties, it is hereby ORDERED that all the claims Plaintiff Elmer Quintanilla raised or could have raised in this lawsuit are hereby DISMISSED WITH PREJUDICE, with each Party to bear its own costs.

SIGNED this  11th  day of  February , 2022.

_____
THE HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT COURT

1